AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JOSE TRINIDAD LOZA,**

       **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C1-98-287**
**BETTY MITCHELL, Warden**     **JUDGE EDMUND A. SARGUS, JR.**
          **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Respondent.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed March 31, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 31, 2010           JAMES BONINI, CLERK

          */S/ Andy F. Quisumbing*
          (By) Andy F. Quisumbing
          Courtroom Deputy Clerk